| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Shauna Deluca, Esq. (SD-8248) | CASE NO.: 20-21757-VFP <br><br> CHAPTER 13 <br><br> JUDGE: Vincent F. Papalia <br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re: <br><br> **Lourde Moncion-Anorve,** <br><br>     Debtor. | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

HSBC Bank USA, National Association, As Trustee For Fremont Home Loan Trust 2006-D, Mortgage-Backed Certificates, Series 2006-D ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 2), and states as follows:

1. Debtor, Lourde Moncion-Anorve ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 19, 2020.

2. Secured Creditor holds a security interest in the Debtor's real property located at 533 Adams Ave, Elizabeth, NJ 07201, by virtue of a Mortgage recorded on September 13, 2006 in Book 11850 at Page 0071 of the Public Records of Union County, NJ. Said Mortgage secures a Note in the amount of $396,000.00.

3. The Debtor filed a Chapter 13 Plan on October 19, 2020.

4. The Plan treats Creditor as unaffected, thereby treated directly and outside, failing to mention any pre-petition arrears. However, it is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is approximately $3,975.32. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan

which proposes to pay it anything less than $3,975.32 as the pre-petition arrearage over the life of the plan, subject to the final figures in the anticipated Proof of Claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
> By: /s/Shauna Deluca
> Shauna Deluca, Esquire
> NJ Bar Number  SD-8248
> Email: sdeluca@rasflaw.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | CASE NO.: 20-21757-VFP<br><br>CHAPTER 13<br><br>JUDGE: Vincent F. Papalia<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| In Re:<br><br>**Lourde Moncion-Anorve,**<br><br>      Debtor. | |

# **CERTIFICATION OF SERVICE**

1. I, Shauna Deluca, represent HSBC Bank USA, National Association, As Trustee For Fremont Home Loan Trust 2006-D, Mortgage-Backed Certificates, Series 2006-D in this matter.

2. On November 3, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

November 3, 2020

                                       RAS Citron, LLC
                                       Attorney for Secured Creditor
                                       130 Clinton Road, Suite 202
                                       Fairfield, NJ 07004
                                       Telephone Number 973-575-0707
                                       By: /s/Shauna Deluca
                                       Shauna Deluca, Esquire
                                       NJ Bar Number  SD-8248
                                       Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Edward Hanratty<br>80 Court Street<br>Freehold, NJ 07728 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Lourde Moncion-Anorve<br>2049 Elizabeth Ave<br>Rahway, NJ 07065-4624 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |