| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**THE LAW OFFICE OF EDWARD HANRATTY**<br>Edward Hanratty, Esq. (052151997)<br>80 Court Street<br>Freehold NJ 07728<br>732-866-6655 | |
| In Re:<br><br>LOURDE MONCION-ANORVE | Case No.: 20-21757<br><br>Hearing Date:<br><br>Judge: VFP |

**NOTICE OF MOTION TO FIX PROOF OF CLAIM 11 FILED BY WELLS FARGO BANK, N.A ET AL**

The Debtor has filed papers with the court to **Fix Proof Of Claim 11 Filed By Wells Fargo Bank, N.A et al**. in the above case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

File with the court a written response at:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If you mail your response, you must mail is so that the court receives it before the above date.

You must also mail a copy to

Edward Hanratty
80 Court Street.
Freehold NJ 07728

Trustee:

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

Secured Creditors:

See Attached Service List

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.


Dated:  December 2, 2020                                     /s/ Edward Hanratty